# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| RUTHANN YONKOVIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVON PRODUCTS, INC., | ) Civil Action No. 3:18-CV-00560 JAG |
| a New York corporation, and | ) |
| NEW AVON LLC, a Delaware limited | ) |
| liability company, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF NEW AVON LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ruthann Yonkovig, by counsel, hereby gives notice that all claims asserted herein against the Defendant New Avon LLC only are voluntarily dismissed without prejudice. All claims against Defendant, Avon Products, Inc. remain.

This 26th day of September, 2018.

RUTHANN YONKOVIG

BY COUNSEL

/s/Timothy E. Cupp
Timothy E. Cupp (VSB No. 23017)
Shelley Cupp Schulte, P.C.
1951 Evelyn Byrd Avenue, Suite D
PO Box 589
Harrisonburg, Virginia 22803
(540)432-9988
(804)278-9634 (facsimile)
cupp@scs-work.com

/s/Tim Schulte
Tim Schulte (VSB No. 41881)
Shelley Cupp Schulte, P.C.
2020 Monument Avenue
Richmond, Virginia 23220
(804)644-9700
(804)278-9634 (facsimile)
Schulte@scs-work.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26th, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Maureen R. Knight
Constangy, Brooks, Smith & Prophette, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033-3804
mknight@constangy.com

and a copy has been mailed, postage prepaid to:
New Avon LLC
Registered Agent: The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

　　　/s/ Tim Schulte_____