IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RUTHANN YONKOVIG,
    Plaintiff,

v.                                                          Civil Action No. 3:18-cv-00560-JAG

AVON PRODUCTS, INC.,
and NEW AVON LLC,
    Defendants.

## ORDER

On May 21, 2019, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 20.) The Court acknowledges this voluntary dismissal with prejudice and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 21 May 2019
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge